Randall D. Eggert, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

John Davison appeals the sentence the district court[1] imposed after he pleaded guilty to distributing child pornography, in violation of 18 U.S.C. § 2252(a)(2)(A)(B), (b)(1). His counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that the sentence is unreasonable.

Upon careful review, we conclude that the sentence imposed by the district court—at the bottom of the properly calculated Guidelines range—is not unreasonable. *See United States v. Peck*, 496 F.3d 885, 891 (8th Cir.2007) (sentence within properly calculated Guidelines range is cloaked in presumption of reasonableness, but presumption may be rebutted by reference to 18 U.S.C. § 3553(a) factors; defendant must show that district court failed to consider relevant factor that should have received significant weight, gave significant weight to improper or irrelevant factor, or considered only appropriate factors but nevertheless committed clear error of judgment).

Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. Accordingly we affirm, and we grant counsel's motion to withdraw.

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Edward ROACH, Defendant–Appellant.**

**No. 12–1035.**

United States Court of Appeals,
Eighth Circuit.

Submitted: April 16, 2012.

Filed: May 30, 2012.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

Allison Hart Behrens, U.S. Attorney's Office, Thomas Joseph Mehan, U.S. Attorney's Office, St. Louis, MO, for Plaintiff–Appellee.

Edward Roach, St. Louis, MO, pro se.

Brian S. Witherspoon, Assistant, Federal Public Defender's Office, St. Louis, MO, for Defendant–Appellant.

Before MELLOY, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Edward Roach pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g). Roach now argues only that his conviction and resulting incarceration violate his Second Amendment right to keep and bear arms. "To the extent [Roach] brings a facial challenge to § 922(g), his arguments are foreclosed by our circuit precedent." *United States v. Aiello*, 452 Fed.Appx. 699, 700 (8th Cir. 2012); *see also District of Columbia v. Heller*, 554 U.S. 570, 626–27, 128 S.Ct. 2783, 171 L.Ed.2d 637 (2008) ("[N]othing in our opinion should be taken to cast doubt on longstanding prohibitions on the possession of firearms by felons and the mentally ill, or laws *forbidding* the carrying of firearms in sensitive places such as schools and government buildings, or laws imposing conditions and qualifications on the commercial sale of arms.").

We affirm the judgment of the district court.[1] *See* 8th Cir. R. 47B.

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.